UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

04 SEP 15 AM 8:54

Re:
Ray's RV, Inc.

] CHAPTER 7
]
] CASE NO. 97-20913
]
] TURNOVER OF FUNDS
] TO THE CLERK
Debtor(s)  ]

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

NAME & ADDRESS     CHECK NO.     DATED     AMOUNT
OF CREDITOR

TOTAL

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

NAME AND ADDRESS     CHECK NO. **1016**     DATED **09/13/04**     AMOUNT **$463.68**
OF CREDITOR
Gordon Krogedal
P.O. Box 1854
Hayden, Id 83835

TOTAL AMOUNT REMITTED   **$463.68**

C. Barry Zimmerman
Chapter 13 Trustee